

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN:EDP/MG/KPO
F. #2009R01065/OCDETF #NY-NYE-614

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 5, 2025

By ECF

The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Vicente Carrillo Fuentes
               Criminal Docket No. 09-522 (JMA)

Dear Judge Azrack:

       The government respectfully submits this letter to inform the Court and the defense that the Attorney General has authorized and directed this Office not to seek the death penalty against the defendant Vicente Carrillo Fuentes.

                            Respectfully submitted,

                            JOSEPH NOCELLA, JR.
                            United States Attorney

              By:    /s/ Erik D. Paulsen
                     Erik D. Paulsen
                     Miranda Gonzalez
                     Katherine Onyshko

                     Assistant United States Attorneys
                     (718) 254-7000

cc:    Defense Counsel (by ECF)
       Clerk of Court (JMA) (by ECF)